795 A.2d 851

IN THE MATTER OF BRIAN D. MCARDLE, AN ATTORNEY
AT LAW (ATTORNEY NO. 018141985).

April 29, 2002.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **BRIAN D. McARDLE** of **SUCCASUNNA**, who was admitted to the bar of this State in 1986;

And the Committee on Attorney Advertising and respondent having signed a stipulation of discipline by consent in which it was

agreed that respondent violated *RPC* 7.1(a)(1) (making false and misleading communications about lawyer's services) and Opinion 25,153 *N.J.L.J.* 1298, 7 *N.J.L.* 2250(1998);

And the parties having agreed that respondent's conduct violated *RPC* 7.1(a)(1) and Opinion 25 153 *N.J.L.J.* 1298, 7 *N.J.L.* 2250(1998); and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that BRIAN D. McARDLE of SUCCASUNNA is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.